PEOPLE ex rel. LANGAN. Appellant, v. THATCHER, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Proceedings by the People of the State of New York, on the relation of Edward A. Langan, against John Thatcher, as superintendent, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LEAVY, Appellant, v. PRENDERGAST, Comptroller, Respondent. (Supreme Court, Appellate Division. First Department. November 25, 1910.) Proceedings by the People, on the relation of James J. Leavy, against William A. Prendergast, as comptroller, etc. F. E. Klein, for appellant. L. Leale, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. MANICE, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People, on the relation of William Manice, against William H. Powell and others. J. M. Perry, for appellant. G. Sumner, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. NEWMAN, Appellant, v. PRENDERGAST, Comptroller, Respondent. (Supreme Court, Appellate Division. First Department. November 25, 1910.) Proceedings by the People, on the relation of Joseph B. Newman, against William A. Prendergast, as comptroller, etc. F. E. Klein, for appellant. L. Leale, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. PETERS v. PRENDERGAST. Comptroller. (Supreme Court. Appellate Division, Second Department. December 2, 1910.) Proceedings by the People of the State of New York, on the relation of Thomas P. Peters, etc., against William A. Prendergast, as comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. ROSE v. FOX. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People, on the relation of Minnie Rose, against Frank Fox, warden, etc. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE ex rel. ROYDEN MARBLE MACHINERY CO. v. WILLIAMS, State Comptroller. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Proceedings by the People of the State of New York, upon the relation of the Royden Marble Machinery Company, against Clark Williams, as Comptroller of the State of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. SCHOEN, Appellant, v. SHEA, Sheriff, Respondent. SULLIVAN v. SAME. DONOHUE v. SAME. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People, on the relation of Richard Schoen, against John S. Shea, as sheriff, etc. Actions by John P. Sullivan and by Thomas Donohue against John S. Shea, as Sheriff. etc. Phillips, Mahoney & Wagner, for appellant. F. A. O'Neill, for respondent. No opinions. Orders affirmed, with $10 costs and disbursements. Orders filed.

PEOPLE ex rel. SCHRASS, Appellant, v. BINGHAM, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Proceedings by the People of the State of New York, on the relation of Charles J. Schrass, against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Determination of commissioner confirmed, and writ dismissed, with costs.

PEOPLE ex rel. TAYLOR, Appellant, v. POWELL et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People, on the relation of Dwight W. Taylor, against William H. Powell and others. J. M. Perry, for appellant. G. Sumner, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. VLASTO, Appellant, v. FLYNN, Respondent. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Proceedings by the People, on the relation of Solon J. Vlasto, against William Flynn, warden, etc. A. C. Vandiver, for appellant. J. W. Osborne, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. ZERILLO et al., Appellants, v. O'MALLEY, Atty. Gen., et al., Respondents. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People, on the relation of Frank Zerillo and others, against Edward R. O'Malley, as Attorney General, and others. No opinion. Motion to dismiss appeal granted. Order filed.

PERRINGTON v. LUDIN et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Appeal from Special Term, New York County. Action by Frank Perrington against Susan S. Ludin and another. From an order granting defendants leave to serve an amended answer, plaintiff appeals. Modified and affirmed. A. Lichtig, for appellant. W. C. Low, for respondents.

PER CURIAM. The order appealed from should be modified by requiring the defendants as a condition of serving the amended answer to pay full costs of action to date and $10 costs of opposing the motion; and upon the further condition that within 30 days after entry of order hereon the plaintiff, if he so elect, may discontinue the action without costs to either par-